UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| In re: | : | |
|    Dwight J Long | : | CHAPTER 13 |
| | : | CASE NO. 16-32601 |
| | : | JUDGE Humphrey |
|    Debtor(s) | : | |

**MOTION FOR MODIFICATION OF PLAN POST CONFIRMATION AND NOTICE**

The Debtor(s) hereby move the Court for an Order to modify the Chapter 13 Plan. Support for the motion is set forth in the following memorandum.

**MEMORANDUM IN SUPPORT**

A plan has been confirmed.

Date petition filed: August 17, 2016    Date of last modification: na

Date plan confirmed: January 9, 2017    Date last modification confirmed: na

Monthly Plan Payments: Current: $1470 for 12 months, $1500 for 12 months, then $1650 for the remainder    Proposed: $1470 for 6 months, $1500 for 12 months, then $1675 for the remainder of the plan

    If the plan changes the monthly payments, amended Schedules I and J are attached.

Percent to Unsecured Creditors:    Current: 28%    Proposed: 3%

Length of Plan (months):    Current: 60    Proposed: 60

(Above median income case must be a 60 month plan unless plan is repaying 100% to the general unsecured creditors.)

**The effective date is the date of the entry of the Order.** For calculation purpose, the Trustee will use the motion filed date.

Reason for the modification, including any changes in circumstances since last plan:

Debtor is requesting this modification because the plan will not timely complete within the maximum of sixty (60) months due to higher claims being filed.

Debtor(s)' attorney will make separate application for additional attorney fees as provided by LBR 2016-1, if applicable.

                                                                    */s/ Thomas M. Fesenmyer* (0073901)
                                                                      Attorney for Debtor(s)

*/s/ Dwight J Long*
Debtor

**MODIFICATION OF CHAPTER 13 PLAN**

Page 1 of 1

Debtor (last name) Long                                                      Case no.  16-32601

[List only creditors affected by modification]

_____

Creditor name:

Type of Claim:  (____) secured   (____) unsecured   (____) 507 priority   (____) other

Nature of Claim:

Current Plan:

Proposed Plan:

_____

Creditor name:

Type of Claim:  (____) secured   (____) unsecured   (____) 507 priority   (____) other

Nature of Claim:

Current Plan:

Proposed Plan:

_____

Creditor name:

Type of Claim:  (____) secured   (____) unsecured   (____) 507 priority   (____) other

Nature of Claim:

Current Plan:

Proposed Plan:

_____

Creditor name:

Type of Claim:  (____) secured   (____) unsecured   (____) 507 priority   (____) other

Nature of Claim:

Current Plan:

Proposed Plan:

# NOTICE OF MOTION FOR MODIFICATION

Notice is hereby given that Debtor has filed the following papers with the Court: **MOTION FOR MODIFICATION OF PLAN POST CONFIRMATION**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the relief sought in the motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to the Clerk of Courts, United States Bankruptcy Court, 120 WEST THIRD STREET, DAYTON, OH 45402 OR your attorney must file a response using the Court's ECF System. The court must receive your response on or before the above date. You must also send a copy of
your response either by 1) the court's ECF System or by 2) regular U.S. Mail to

Office of the US Trustee
170 N. High St., #200
Columbus, OH 43215

Jeffrey M. Kellner
131 N. Ludlow St., Suite 900
Dayton, OH 45402

Dwight J Long
901 Old Columbus Rd
Springfield, OH 45503

Thomas M. Fesenmyer
120 W. Second St., Ste. 1212
Dayton, OH 45402

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

# CERTIFICATE OF SERVICE

       The undersigned certifies that a copy of the foregoing MOTION FOR MODIFICATION OF PLAN POST CONFIRMATION was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the Court and by ordinary U.S. mail, postage prepaid, on March 14, 2017:

**Debtor:**
Dwight Long
901 Old Columbus Rd
Springfield, OH 45503

**Creditors:**
See attached mailing list

                                                    */s/ Thomas M. Fesenmyer*
                                                    Thomas M. Fesenmyer (0073901)
                                                    Attorney for Debtor
                                                    120 W. Second St., Ste 1212
                                                    Dayton, OH 45402
                                                    (937) 222-7472
                                                    (614) 228-3882 *fax*
                                                    e-mail:fesenmyer_law@hotmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:16-bk-32601<br>Southern District of Ohio<br>Dayton<br>Tue Mar 14 13:19:16 EDT 2017 | Amanda Long<br>880 Redman Rd.<br>Springfield, OH 45505 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City OK  731248838 |
| Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Athena Cu<br>1427 W First Stree<br>Springfield, OH 45502 | Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285-7288 |
| Cbe Group<br>131 Tower Park Dri<br>Waterloo, IA 50701-9374 | (p)CHOICE RECOVERY INC<br>1550 OLD HENDERSON ROAD<br>STE 100<br>COLUMBUS OH 43220-3662 | Clark County CSEA<br>1345 Lagonda Ave<br>Springfield, OH 45503-4001 |
| John R Cummins<br>Manley Deas Kochalski<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Dayton Childrens Med Ctr<br>c/o NRS<br>P.O. Box 8005<br>Cleveland, TN 37320-8005 | Dba Paragon Revenue Gr<br>Po Box 126<br>Concord, NC 28026-0126 |
| Jennifer Fate<br>Murray Murphy Moul + Basil LLP<br>1114 Dublin Road<br>Columbus, OH 43215-1039 | Thomas M Fesenmyer<br>Fesenmyer Law Offices, LLC<br>120 West Second Street, Suite 1212<br>Dayton, OH 45402-1685 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jeffrey M Kellner<br>131 N Ludlow St<br>Suite 900<br>Dayton, OH 45402-1161 | Dwight J Long<br>901 Old Columbus Rd<br>Springfield, OH 45503-5219 | Meade & Associates<br>737 Enterprise Dr<br>Westerville, OH 43081 |
| National Credit Adjusters, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 3023<br>Hutchinson, K.S 67504-3023 | Nationwide Recovery Sv<br>Po Box 8005<br>Cleveland, TN 37320-8005 | Plaza Services<br>110 Hammond Drive, Suite 110<br>Atlanta, GA 30328-4806 |
| Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Randolf Compton<br>RC Appraisals<br>1001 Valley Vista Way<br>Centerville, OH 45429-6139 |
| Rise<br>4150 International<br>Fort Worth, TX 76109-4892 | Bradley C Smith<br>Flanagan, Lieberman, Hoffman & Swaim<br>15 West Fourth Street, Suite 100<br>Dayton, OH 45402-1437 | State of Ohio Department of Taxation<br>Collections Enforcement<br>150 E. Gay St., Ste 101<br>Columbus, OH 43215-3190 |
| US ATTORNEY<br>602 FEDERAL BUILDING<br>200 W SECOND STREET<br>DAYTON, OH 45402-1443 | Verizon Wireless<br>Po Box 49<br>Lakeland, FL 33802-0049 | Wells Fargo Bank, NA<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 |

```
(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Choice Recovery | Portfolio Recovery Associates, LLC | Wells Fargo Hm Mortgag |
| 1550 Old Henderson Rd St | POB 41067 | 8480 Stagecoach Cir |
| Columbus, OH 43220 | Norfolk VA 23541 | Frederick, MD 21701 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ohio Department of Job & Family Services | (u)Ohio Department of Taxation | (u)Wells Fargo Bank, N.A. |

```
End of Label Matrix
Mailable recipients    30
Bypassed recipients     3
Total                  33
```